IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| REVARDALE L. MIDDLETON,<br><br>    Plaintiff,<br><br>  v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; BANK OF AMERICA, N.A.; and GENESIS FINANCE, LLC,<br><br>    Defendants. | CIVIL ACTION NO.: 4:23-cv-219 |

**O R D E R**

Before the Court is a Joint Stipulation of Dismissal With Prejudice as to Defendant Equifax Information Services LLC, which was signed by counsel for Plaintiff and counsel for all three of the Defendants that have appeared in this case, including counsel for Defendant Equifax Information Services LLC ("Equifax"). (Doc. 34.) Plaintiff and Equifax previously advised the Court that they had reached a settlement of Plaintiff's claims against Equifax and that the at-issue stipulation of dismissal would be filed. (Doc. 25.) In the at-issue stipulation of dismissal, Plaintiff and Equifax indicate that they "stipulate to dismiss, with prejudice, each claim and count . . . asserted by Plaintiff against [Equifax] in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses." (Doc. 34, p. 1.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendant Equifax is **DISMISSED WITH PREJUDICE**. The

Court **DIRECTS** the Clerk of Court to **TERMINATE** Equifax Information Services, LLC, from this case and to **UPDATE** the docket accordingly.

    **SO ORDERED**, this 25th day of October, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA